# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137362(37)

_____

In re RICHARD HUDSON, DENNIS MORGAN
and MICHAEL MORGAN, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellant,

v

MELANIE MORGAN,
        Respondent-Appellee,
and

ANDREW TANNER,
        Respondent.

_____

SC: 137362
COA: 282765
Clinton CC Family Division:
05-018269-NA

On order of the Chief Justice, the motion by petitioners-appellants for extension to January 15, 2009 of the time for filing their brief and appendix is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

_____
Clerk